# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00134-CV

**Mark Wells, Appellant**

**v.**

**Indymac Bank, a Division of One West Bank, F.S.B.; Indymac Mortgage Services, a Division of One West Bank, F.S.B.; Mortgage Electronic Registration Systems, Inc., Charles A. Brown, Jr.; Juanita Strickland; Janie Mucha; Federal National Mortgage Association, and Hughes, Watters and Askanase, LLP, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT NO. D-1-GN-11-003021, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on June 5, 2013. On June 12, 2013, this Court notified appellant that his brief was overdue and that a failure to respond by June 24, 2013, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief nor otherwise responded to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed:   August 15, 2013